UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMON STERN; FREDRICK STERN; MOSHE STERN; AND, DANIEL STERN<br><br>        Plaintiffs,<br><br> -against-<br><br>CARDIS ENTERPRISES INTERNATIONAL, NV; CARDIS ENTERPRISES INTERNATIONAL (U.S.A.), INC.; GIRL WITH THE BOW, LLC; CHOSHEN ISRAEL, LLC; H GROUP NY, LLC; AARON DAVID FISCHMAN, STEVE BROWN; AND, AVI TOKAYER<br><br>        Defendants. | Civil Action No.: 15-cv-05869<br><br>AFFIRMATION OF SERVICE |

  **MICHAEL SMAILA**, an attorney duly admitted to practice before this Court, hereby affirms, under penalty of perjury:

  On the 16th day of November 2017, I mailed a true and correct copy of this Court's Notice of Hearing (Dkt. No. 37), dated November 15, 2017, upon defendants, H GROUP NY, LLC; and, GIRL WITH THE BOW, LLC (collectively, the "Defendants"), via First Class Mail, by depositing a true copy of the same in a letterbox under the exclusive control of the United States Postal Service, enclosed in a sealed, postpaid, wrapped, envelope, to counsel for Defendants at the following address:

Evan Newman
Aviva Francis
**Newman Law, P.C.**
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

**DATED**: NEW YORK, NEW YORK
     NOVEMBER 16, 2017

                     **BY**: _____
                           MICHAEL SMAILA